■ VINCENT W. RICE, Respondent, v RICHTER MOSES et al., Appellants, et al., Defendants. [752 NYS2d 318] —Order, Supreme Court, New York County (Joan Madden, J.), entered on or about June 11, 2002, which denied defendants-appellants' motion for summary judgment dismissing the complaint for lack of a serious injury within the meaning of Insurance Law § 5102 (d), unanimously affirmed, without costs.

Whether plaintiff's decedent suffered a serious injury is a factual issue raised by the decedent's treating physician's affirmation. The affirmation correlates the decedent's claimed inability to engage in her customary daily activities 5½ months after the accident to range of motion limitations found on his own physical examination and upon MRI reports describing bulging discs at C2-C3 through C6-C7 with cord impingement and central spinal stenosis appreciated as described in MRI reports (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345, 350, 351-353, 353-355). Because of the evidence adduced by the first-hand observations of plaintiff's decedent's treating physician, it does not avail defendants that the MRI reports are unsworn (*see id.* at 358; *Ayzen v Melendez*, 299 AD2d 381).

Concur—Williams, P.J., Mazzarelli, Buckley, Friedman and Marlow, JJ.